BOSTON AND MONTANA CONSOLIDATED COPPER AND SILVER MINING COMPANY *v.* CHILE GOLD MINING COMPANY.

Appeal from the Circuit Court of the United States for the District of Montana.

No. 104.   Argued December 3, 1902.—Decided February 23, 1903.

The same counsel appeared as in No. 103.

Mr. Justice Peckham delivered the opinion of the court.

This case involves the same questions as that of the *Boston and Montana Consolidated Copper and Silver Mining Company* v. *The Montana Ore Purchasing Company &c.,* (No. 103,) *ante,* p. 632, the only point of difference between the two being that the Chile Gold Mining Company and the other defendants herein are sued as lessees of the Montana Ore Purchasing Company, they having as such lessees attempted to interfere with the complainant's right of property. The complaint was dismissed for want of jurisdiction.

For the reasons stated in the opinion in No. 103, this decree is also

*Affirmed.*

